# IN THE COURT OF APPEALS OF TENNESSEE
## WESTERN SECTION AT NASHVILLE

| | | |
|---|---|---|
| **CITY OF MURFREESBORO, a Municipal Corporation in Rutherford County, State of Tennessee,** | ) ) ) ) | |
| Plaintiff/Appellant, | ) ) | Rutherford Circuit Consolidated Case Nos. 34626 and 34629 |
| **vs.** | ) ) ) | |
| **MARIANN M. WORTHINGTON,** | ) ) | Appeal No. 01A01-9703-CV-00124 |
| Defendant/Appellee | ) ) | |
| **CITY OF MURFREESBORO, a Municipal Corporation in Rutherford County, State of Tennessee,** | ) ) ) ) | |
| Plaintiff/Appellant, | ) ) ) | |
| **vs.** | ) ) | |
| **THOMAS W. WORTHINGTON and wife, Mariann M. Worthington,** | ) ) ) | |
| Defendants/Appellees. | ) | |

**FILED**

**March 6, 1998**

**Cecil W. Crowson
Appellate Court Clerk**

## ORDER

Upon consideration of the petition for rehearing of Plaintiff/Appellant City of

Murfreesboro, the petition is denied.

Enter this _____ day of March, 1998.


_____**HOLLY KIRBY LILLARD, J.**


_____**ALAN E. HIGHERS, J.**


_____**DAVID R. FARMER, J.**